**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0552-21

JENNIFER FAMULARO,

      Plaintiff-Respondent,

v.

HAMILTON HIGH SCHOOL
WEST, HAMILTON TOWNSHIP
SCHOOL DISTRICT,
HAMILTON TOWNSHIP
BOARD OF EDUCATION,
ANNA POTAVIN, BRYAN
ROGERS, CARLA
GUGLIELMELLI, and MARK
PIENCIAK,

      Defendants-Appellants.

_____

Submitted January 19, 2022 – Decided January 27, 2022

Before Judges Fisher and DeAlmeida.

On appeal from an interlocutory order of the Superior Court of New Jersey, Law Division, Mercer County, Docket No. L-1389-19.

Lenox, Socey, Formidoni, Giordano, Lang, Carrigg & Casey, LLC, attorneys for appellants (Patrick F.

Carrigg and Stephanie J. Viola, on the brief).

Greg Prosmushkin, attorney for respondent.

PER CURIAM

We were advised prior to argument that the matter was amicably adjusted, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION